UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
REGINO FERREIRA,

                Plaintiff,

- against -

NEW YORK DAILY NEWS, PETE DONOHUE,         ORDER
THE CITY OF NEW YORK, THE NEW YORK         08-CV-1520 (RRM) (MDG)
CITY POLICE DEPARTMENT, ANN MARIE
CONNELL, and ALL JOHN AND JANE DOE
POLICE OFFICERS,

                Defendants.
-------------------------------------------------------------------X
MAUSKOPF, United States District Judge.

By Motion filed May 9, 2008, Plaintiff moved to remand this action to state court pursuant to 28 U.S.C. § 1447. By Order entered June 4, 2008, this Court referred that motion to the assigned Magistrate Judge, the Honorable Marilyn D. Go, for a Report and Recommendation. On March 16, 2009, Judge Go issued a Report and Recommendation (the "R&R") that Plaintiff's motion to remand be denied. Judge Go reminded the parties that, pursuant to Federal Rule of Civil Procedure 72(b), any objection to the R&R was due by March 30, 2009. Neither party has filed any objection.

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, concurs with the R&R in its entirety. See Covey v. Simonton, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Accordingly, it is hereby ORDERED that Plaintiff's motion to remand is DENIED.

                                            SO ORDERED.

Dated: Brooklyn, New York
         March 31, 2009
                                              _____
                                              ROSLYNN R. MAUSKOPF
                                              United States District Judge